# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−4 | User: admin | | Date Created: 4/12/2024 |
| Case: 24−40512 | Form ID: 309I | | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Donald Charles Schwartz | 7960 Soquel Dr. #291 | Aptos, CA 95003 | |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05−0153    San Francisco, CA 94102 |
| tr | Martha G. Bronitsky | P.O. Box 5004 | Hayward, CA 94540 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801    Oakland, CA 94612 | |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879    Sacramento, CA 94279 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880    Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952    Sacramento, CA 95812−2952 | |

TOTAL: 7