Donald Charles Schwartz (SBN: 122476)
Attorney at Law
7960 Soquel Drive, No. 291
Aptos, CA 95003
(831) 331-9909 - Fax:(815) 301-6556
Email: donald@lawofficedonaldschwartz.com

Attorney In Pro Per and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>**DONALD CHARLES SCHWARTZ**<br><br>Debtor-in-Possession. | Chapter 13<br>Case No. **24-40512 CN 13**<br><br>**REQUEST FOR PERMISSION FOR ECF FILING; DECLARATION OF DONALD CHARLES SCHWARTZ** |

I, Donald C. Schwartz, (debtor) declare as follows:

1. I am an attorney at law, qualified to practice in all courts of the States of California. I am the debtor herein.

2. I have personal knowledge of the matters set forth in this declaration, except where stated upon information and belief, and as to such statements, to be true.

3. I am requesting permission for efiling in this action. I am trained for efiling and am on the attorney list as such with the United States Bankruptcy Court.

I am informed by Technical Support that I will need a Court Order in this regard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 24, 2024, at Alameda County, CA.

_____
Donald Charles Schwartz

# CERTIFICATE OF SERVICE

I, Samuel Schwartz, am a citizen of the United States, over the age of 18 years and not a party to the within action.

On the 24th day of April 2024, I served the interested parties with the document described as **REQUEST FOR PERMISSION FOR ECF FILING; DECLARATION OF DONALD CHARLES SCHWARTZ** as follows:

See Attached Mailing List

**ECF**

Office of the U.S. Trustee/Oak

USTPRegion17.OA.ECF@usdoj.gov

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee/Oak

phillip.shine@usdoj.gov

/s/ Samuel Schwartz