Donald Charles Schwartz (SBN: 122476)
Attorney at Law
7960 Soquel Drive, No. 291
Aptos, CA 95003
(831) 331-9909 - Fax:(815) 301-6556
Email: donald@lawofficedonaldschwartz.com

Attorney In Pro Per and Debtor-in-Possession

FILED
APR 25 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>**DONALD CHARLES SCHWARTZ**<br><br>Debtor-in-Possession. | Chapter 13<br>Case No. **24-40512 CN 13**<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DOCUMENTS; DECLARATION OF DONALD CHARLES SCHWARTZ** |

I, Donald C. Schwartz, (debtor) declare as follows:

1. I am an attorney at law, qualified to practice in all courts of the States of California. I am the debtor herein.

2. I have personal knowledge of the matters set forth in this declaration, except where stated upon information and belief, and as to such statements, to be true.

3. The petition was filed as a skeleton petition due to a pending illegal foreclosure proceeding against the debtor's real property.

4. Debtor is in pro per and is talking with attorneys to secure representation. Debtor is a self-employed attorney and is preparing the balance of the petition. The preparation of the scheduled will require financial documentation, including profit and loss statements. Unfortunately, debtor contracted COVID late last year and has been on limited work duty since then. Further, a family member has been admitted to the hospital, which has negatively impacted Debtor's ability to prepare the necessary documents. (There is also contemplated a complicated lien strip/cram down motion.) Debtor and new counsel are discussing the representation.

Therefore, the Debtor requests the Court grant Debtor an extension of time to file the required documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 24, 2024, at Alameda County, CA.

_____
Donald Charles Schwartz

# CERTIFICATE OF SERVICE

I, Samuel Schwartz, am a citizen of the United States, over the age of 18 years and not a party to the within action.

On the 24th day of April 2024, I served the interested parties with the document described as **REQUEST FOR EXTENSION OF TIME TO FILE DOCUMENTS; DECLARATION OF DONALD CHARLES SCHWARTZ as** follows:

See Attached Mailing List

**ECF**

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee/Oak
phillip.shine@usdoj.gov

/s/ Samuel Schwartz