

The following constitutes the order of the Court.
Signed: April 29, 2024

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

DONALD CHARLES SCHWARTZ,

Debtor.

Case No. 24-40512 CN
Chapter 13

**ORDER GRANTING MOTION TO EXTEND TIME**

On April 11, 2024, the court issued an Order to File Required Documents and Notice of Automatic Dismissal (the "Order"). On April 25, 2024, Debtor filed a Request for Extension of Time of File Documents (the "Request"). The court has reviewed the Request and the bankruptcy docket. Accordingly,

**IT IS HEREBY ORDERED** that the Request is granted and the deadline to comply with the Order is extended to **May 27, 2024**. Failure to comply with the terms of this order will result in this case being dismissed without further notice.

***END OF ORDER***

| | |
|---|---|
| 1 | Case No. 24-40512 CN |
| 2 | **COURT SERVICE LIST** |
| 3 | |
| 4 | Donald Charles Schwartz<br>7960 Soquel Dr. #291<br>Aptos, CA 95003 |
| 5 | |
| 6 | Other recipients are ECF participants. |