# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 4/29/2024 |
| Case: 24–40512 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Donald Charles Schwartz     7960 Soquel Dr. #291     Aptos, CA 95003

TOTAL: 1