United States Bankruptcy Court
Northern District of California

In re:     Case No. 24-40512-CN
Donald Charles Schwartz     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 1
Date Rcvd: Apr 29, 2024     Form ID: pdfeoc     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald Charles Schwartz, 7960 Soquel Dr. #291, Aptos, CA 95003-3999 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

TOTAL: 2



**The following constitutes the order of the Court.**
**Signed: April 29, 2024**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DONALD CHARLES SCHWARTZ,<br><br>Debtor. | Case No. 24-40512 CN<br>Chapter 13<br><br>**ORDER GRANTING MOTION TO EXTEND TIME** |

On April 11, 2024, the court issued an Order to File Required Documents and Notice of Automatic Dismissal (the "Order"). On April 25, 2024, Debtor filed a Request for Extension of Time of File Documents (the "Request"). The court has reviewed the Request and the bankruptcy docket. Accordingly,

**IT IS HEREBY ORDERED** that the Request is granted and the deadline to comply with the Order is extended to **May 27, 2024**. Failure to comply with the terms of this order will result in this case being dismissed without further notice.

***END OF ORDER***

| | |
|---|---|
| 1 | Case No. 24-40512 CN |
| 2 | **<u>COURT SERVICE LIST</u>** |
| 3 | |
| 4 | Donald Charles Schwartz<br>7960 Soquel Dr. #291 |
| 5 | Aptos, CA 95003 |
| 6 | Other recipients are ECF participants. |