

The following constitutes the order of the Court.
Signed: May 3, 2024

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 24-40512 CN<br>Chapter 13 |
| DONALD CHARLES SCHWARTZ,<br>Debtor. | **ORDER DENYING REQUEST FOR PERMISSION FOR ECF FILING** |

On April 25, 2024, *pro se* Debtor filed a Request for Permission for ECF Filing seeking permission to file documents in his case via ECF (the "Request"). Debtor states that he is trained for e-filing and is on the attorney list as an e-filer. To the extent that Debtor's ECF account is currently inactive, he must follow the procedures for reactivating that account. Accordingly,

IT IS ORDERED THAT the Request is denied.

IT IS FURTHER ORDERED that if Debtor intends to reactivate his ECF account, he shall follow the procedures set forth on the court's website at https://www.canb.uscourts.gov/ecf/reference-materials/cmecf-attorney-accounts.

***END OF ORDER***

| | |
|---|---|
| 1 | Case No. 24-40512 CN |
| 2 | **COURT SERVICE LIST** |
| 3 | |
| 4 | Donald Charles Schwartz<br>7960 Soquel Dr. #291<br>Aptos, CA 95003 |
| 5 | |
| 6 | Other recipients are ECF participants. |