United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No. 24-40512-CN |
| Donald Charles Schwartz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-4 | User: admin | Page 1 of 1 |
| Date Rcvd: May 06, 2024 | Form ID: pdfeoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Donald Charles Schwartz, 7960 Soquel Dr. #291, Aptos, CA 95003-3999

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

TOTAL: 2



The following constitutes the order of the Court.
Signed: May 3, 2024

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DONALD CHARLES SCHWARTZ,<br><br>Debtor. | Case No. 24-40512 CN<br>Chapter 13<br><br>**ORDER DENYING REQUEST FOR PERMISSION FOR ECF FILING** |

On April 25, 2024, *pro se* Debtor filed a Request for Permission for ECF Filing seeking permission to file documents in his case via ECF (the "Request"). Debtor states that he is trained for e-filing and is on the attorney list as an e-filer. To the extent that Debtor's ECF account is currently inactive, he must follow the procedures for reactivating that account. Accordingly,

IT IS ORDERED THAT the Request is denied.

IT IS FURTHER ORDERED that if Debtor intends to reactivate his ECF account, he shall follow the procedures set forth on the court's website at https://www.canb.uscourts.gov/ecf/reference-materials/cmecf-attorney-accounts.

***END OF ORDER***

Case No. 24-40512 CN

## COURT SERVICE LIST

Donald Charles Schwartz
7960 Soquel Dr. #291
Aptos, CA 95003

Other recipients are ECF participants.