Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Creditors Margot Schwartz,
Noah Schwartz and the Schwartz Foundation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DONALD CHARLES SCHWARTZ,<br><br>Debtor. | Case No. 24-40512-CN<br><br>Chapter 13<br><br>**REQUEST FOR ORDER CONFIRMING THAT AUTOMATIC STAY HAS BEEN TERMINATED AND FOR JUDICIAL NOTICE OF CASE DOCKET**<br><br>[No Hearing Required]<br><br>Judge: Hon. Charles Novack |

Creditors and interested parties NOAH SCHWARTZ, MARGO SCHWARTZ, individually and the SCHWARTZ FOUNDATION, a California corporation (collectively "**Schwartz**" or "**Requestors**"), request entry of an order under 11 U.S.C. § 362(j) confirming that the automatic stay is terminated against the debtor under 11 U.S.C. § 362(c)(3)(A) based on the following facts and circumstances.

**I.  FACTS**

1. Within one year of the filing of this case, a prior chapter 13 case filed by the debtor [Case No. 23-50372] (the "**23 Case**") was dismissed on September 5, 2003.[1]

---

[1] This chapter 13 case is the eighth that debtor, a lawyer, has filed since 2012; all but one were dismissed.

2. This case was filed on April 11, 2024 ("Filing Date").

3. The automatic stay in this case terminated May 11, 2024, under 11 U.S.C. § 362(c)(3)(A) because 30 days had passed from the Filing Date and no motion to extend the automatic stay had been brought.

4. Under 11 U.S.C. § 362(j), on request of a party in interest, the court shall issue an order under subsection (c) confirming that the automatic stay has been terminated.

## II. REQUEST FOR JUDICIAL NOTICE

Requestors request that the Court take judicial notice of its docket and the following facts:

1. This case was filed on April 11, 2024. Doc # 1.

2. The 23 Case was dismissed on September 5, 2023. Doc # 5.

3. No motion was filed to extend the automatic stay on or before May 11, 2024.

## III. CONCLUSION

Wherefore, Requestors request that the Court enter an order confirming that the automatic stay under 11 U.S.C. § 362(a) is terminated as to the debtor pursuant to 11 U.S.C. § 362(c)(3)(A).

DATED: May 14, 2024                     FENNEMORE WENDEL

By: */s/ Mark S. Bostick*
Mark S. Bostick
Lisa Lenherr
Attorneys for Creditors Margot Schwartz,
Noah Schwartz and the Schwartz Foundation

# CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**REQUEST FOR ORDER CONFIRMING THAT AUTOMATIC STAY HAS BEEN TERMINATED AND FOR JUDICIAL NOTICE OF CASE DOCKET**

**[PROPOSED] ORDER ORDER CONFIRMING THAT AUTOMATIC STAY HAS BEEN TERMINATED**

on each party listed below in the following manner:

☒ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

Donald Charles Schwartz
7960 Soquel Dr. #291
Aptos, CA 95003

Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☐ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2024, at Oakland, California.

                                                   */s/ Jeanne Rose*
                                                   JEANNE ROSE