Entered on Docket
May 20, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Creditors Margot Schwartz, Noah Schwartz and the Schwartz Foundation

The following constitutes the order of the Court.
Signed: May 20, 2024

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DONALD CHARLES SCHWARTZ,<br><br>Debtor. | Case No. 24-40512-CN<br><br>Chapter 13<br><br>**ORDER CONFIRMING THAT AUTOMATIC STAY HAS BEEN TERMINATED**<br><br>[No Hearing Required]<br><br>Judge: Hon. Charles Novack |

Upon consideration of creditors and interested parties NOAH SCHWARTZ, MARGO SCHWARTZ, individually and the SCHWARTZ FOUNDATION, a California corporation (collectively **"Schwartz"** or "**Requestors**"), request for entry of an order under 11 U.S.C. § 362(j) confirming that the automatic stay is terminated against the debtor under 11 U.S.C. § 362(c)(3)(A) filed on May 14, 2024 as Docket No. 19.

IT IS HEREBY CONFIRMED that the automatic stay under 11 U.S.C. § 362(a) is terminated as to the debtor pursuant to 11 U.S.C. § 362(c)(3)(A).

**END OF ORDER**

**COURT SERVICE LIST**

No service required.